THE WASHINGTON POST PUBLISHING COMPANY, Respondent, *v.* TRIBUNE COMPANY et al., Appellants.

(Argued June 10, 1935; decided July 11, 1935.)

*Harry H. Van Aken, Manheim Rosenzweig, Arthur Moynihan* and *C. Coudert Nast* for appellants.

*Alfred A. Cook, Frederick F. Greenman* and *Ben Herzberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.